UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                          Case No. 22-00898-jwb

KRISTY LEE WABEKE,                              Chapter 13; Filed 04/29/2022

    Debtor.                                    Hon. James T. Boyd
_____/

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned counsel hereby files its notice of appearance on behalf of 20 Monroe Building Company Limited Partnership as a party in interest in this Chapter 13 case. Pursuant to Rules 2002 and 9010(b) of the Rules of Bankruptcy Procedure, it is requested that all notices given or required to be given in the above captioned Chapter 13 case be given to and served upon the undersigned at the office address, email address, and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that the forgoing demand includes not only notice and papers but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail delivery, telephone, telegraph, telex, email, or otherwise which affect the above captioned Debtor or his respective properties.

PLEASE TAKE FURTHER NOTICE that this submission and filing of this notice and demand constitutes a "special appearance" and is not intended to be, nor shall it be deemed a consent to, or a waiver, of the right to challenge jurisdiction of this Court to adjudicate non-core matters which right 20 Monroe Building Company Limited Partnership especially reserves without prejudice.

1

Respectfully Submitted,

DUNN, SCHOUTEN & SNOAP, P.C.

Date: July 5, 2022

By:    /s/ Perry G. Pastula
     Perry G. Pastula (P35588)
     Counsel for 20 Monroe Building Company Limited Partnership
**Business Address and Telephone:**
     2745 DeHoop Ave. SW
     Wyoming, MI 49509
     (616) 538-6380
     email: ppastula@dunnsslaw.com

2